# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00621-CV

---

**Jackie Jacobsen, Appellant**

**v.**

**Power Monkey Motors, LLC d/b/a Grease Monkey 1120, Appellee**

---

**FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
NO. C-1 -CV-23-001055, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on November 18, 2024. On January 16, 2025, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by January 27, 2025, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed for Want of Prosecution

Filed: February 7, 2025